**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1878**

———————————

LARRY BARNES, SR., M.D., J.D.,

                                    Plaintiff - Appellant,

        versus

LOWE'S COMPANIES, INCORPORATED,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-97-1040-5-BO)

———————————

Submitted:  July 30, 1998        Decided:  August 26, 1998

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Larry Barnes, Sr., Appellant Pro Se.  Robert W. Sumner, Kari Russwurm Johnson, CRANFILL, SUMNER & HARTZOG, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order granting Defendant's motion to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barnes v. Lowe's Companies, Inc.</u>, No. CA-97-1040-5-BO (E.D.N.C. May 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>